IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY AKU QUARTEY     *

       v.     *    CIVIL ACTION NO. RWT-11-2391

INSPECTOR JOHN SOOS     *
                          ***

## **MEMORANDUM**

Plaintiff, a resident of Washington, D.C., filed this case as a *pro-se* plaintiff. The Complaint is not a model of clarity. Plaintiff states the facts of the case as "I was refused to be released to work for more than a year." ECF No. 1. Plaintiff provides no basis for filing the complaint and her attachments shed no light on the nature of her claim. Indeed, those documents are nonsensical as they refer to plaintiff's request to have the Bankruptcy Court return 40 million dollars *Id*.

Plaintiff's complaint provides no jurisdictional or factual basis for its filing. Her attachments are replete with fanciful illusions. The action shall be dismissed without prejudice for the failure to state a claim and without service of process on defendant.[1] A separate order shall follow.

Date: November 7, 2011            /s/
                                             Roger W. Titus
                                             United States District Judge

---

[1] Plaintiff has filed approximately twenty-seven cases in this court since December 2, 2009. Given the frivolous nature of her filings, the court concludes that affording plaintiff the opportunity to amend her complaint would be an exercise in futility.